FRED MUHLEMAN, Appellant, v NATIONWIDE INSURANCE et al., Respondents. [937 NYS2d 652]

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.